UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Clarke Spottswood,

Civ. No. 21-481 (PAM/BRT)

Plaintiff,

v.

**ORDER**

Ramsey County MN, Ramsey County MN Child Protective Services, Anna Coyle, Mark Costello, Judge Lezlie Ott Marek, and Renee Michalow,

Defendants.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Becky R. Thorson dated May 7, 2021. (Docket No. 4.) The R&R recommends that the Court dismiss Plaintiff Shawn Clarke Spottswood's Complaint for failure to prosecute. See Fed. R. Civ. P. 41(b).

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). The Court has received no objections to the R&R and the time to do so has expired. See D. Minn. L.R. 72.2(b)(1) (providing that a party may file objections to a magistrate judge's recommendations within 14 days).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**;

2. The action is **DISMISSED without prejudice**; and

3. The Application to Proceed in Forma Pauperis (Docket No. 2) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, June 2, 2021    s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge